**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| VLADIMIR GONZELEZ AMBRIOSO, <br><br> Plaintiff, <br><br> vs. <br><br> CARMEN GARCIA LEDESMA, <br><br> Defendant. | 2:16-cv-02091-GMN-VCF <br> **<u>MINUTE ORDER</u>** |

 Before the Court is *Vladimir Gonzalez Ambriosio v. Carmen Garcia Ledesma*, case number 2:16-cv-02091-GMN-VCF.

 IT IS HEREBY ORDERED that a status hearing is scheduled for 3:00 p.m., September 19, 2016, in Courtroom 3D at the Lloyd D. George U.S. Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

 Carmen Garcia Ledesma must attend the hearing.

 The Clerk of Court is directed to mail a copy of this Order to Carmen Garcia Ledesma at 4251 South Pecos Road, Apartment 103, Las Vegas, Nevada 89121.

 DATED this 12th day of September, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE