**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| VLADIMIR GONZALEZ AMBRISO,<br><br>          Plaintiff,<br><br>vs.<br><br>CARMEN GARCIA LEDESMA,<br><br>          Defendant. | 2:16-cv-02091-GMN-VCF<br>**ORDER** |

IT IS HEREBY ORDERED that a status hearing is scheduled for 10:00 a.m., October 4, 2016, in Courtroom 3D.

DATED this 28th day of September, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE