UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| VLADIMIR GONZALEZ AMBRIOSO,<br><br>          Plaintiff,<br><br>vs.<br><br>CARMEN GARCIA LEDESMA,<br><br>          Defendant. | 2:16-cv-02091-GMN-VCF<br>**ORDER** |

Before the Court is Plaintiff's Motion for Leave to File Reply in Support of His Brief Regarding Witnesses Testifying Via Visual Conferencing/Transmission. (ECF No. 29).  Plaintiff seeks to file the reply brief by October 25, 2016. *Id.*

Accordingly,

IT IS HEREBY ORDERED that Plaintiff's Motion for Leave to File Reply in Support of His Brief Regarding Witnesses Testifying Via Visual Conferencing/Transmission. (ECF No. 29) is GRANTED in part and DENIED in part, as to due date.  Plaintiff must file his reply brief on or before noon on October 24, 2016.

DATED this 18th day of October, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE