**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| VLADIMIR GONZALEZ AMBRIOSO,<br><br>        Plaintiff,<br><br>vs.<br><br>CRMEN GARCIA LEDESMA,<br><br>        Defendant. | 2:16-cv-02091-GMN-VCF<br>**MINUTE ORDER** |

      Before the Court is Petitioner's Motion for Reconsideration of Order Regarding Witness Testimony via Visual Conferencing/Transmission as to Delia Maria Iglesias Osoria (ECF 33).

      IT IS HEREBY ORDERED that any opposition to Petitioner's Motion for Reconsideration of Order Regarding Witness Testimony via Visual Conferencing/Transmission as to Delia Maria Iglesias Osoria (ECF 33) must be filed on or before November 14, 2016.  No reply necessary.

      DATED this 4th day of November, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE